JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN BARRETT SOLDER,

      Plaintiff(s),

 v.

SANTA ANA POLICE
DEPARTMENT,

      Defendant.

Case No. 8:25-cv-02392-SB-JC

ORDER DISMISSING ACTION
WITHOUT PREJUDICE

The Court previously dismissed Plaintiff's complaint and provided him with leave to amend by December 5, 2025. Plaintiff was warned that "[f]ailure to respond by December 5 will be construed as an election to stand on the original complaint and will result in dismissal of all claims with prejudice for failure to state a claim." Dkt. No. 5 at 4. Plaintiff failed to timely file an amended complaint. Pursuant to the prior order, this action is dismissed. Given the serious nature of the allegations, however, the Court elects to dismiss the claims without prejudice.

Date: December 22, 2025

                    _____
                         Stanley Blumenfeld, Jr.
                    United States District Judge