JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BARRETT SOLDER,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA ANA POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 8:25-cv-02392-SB-JC<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order dismissing the complaint with leave to amend (Dkt. No. 5) and the dismissal order entered this date, it is ordered that Plaintiff Steven Solder's claims are dismissed without prejudice.

    This is a final judgment.

Date: December 22, 2025

                                                            Stanley Blumenfeld, Jr.
                                                          United States District Judge